UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL            'O'

| Case No. | 2:14-cr-00684-CAS - 1 | Date | October 4, 2021 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Laura Elias | Christopher Kendall |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MANUEL LARRY JACKSON | X | X | | AMY JACKS | X | X | |
| | | | | MELISSA AUSTEN | X | X | |

**Proceedings:** ZOOM HEARING RE: GOVERNMENT'S MOTION TO QUASH DEFENDANT'S SUBPOENA  (Dkt. 2166, filed September 1, 2021).

### I.    INTRODUCTION AND BACKGROUND

This Motion to Quash is in regard to a subpoena filed by defendant Manuel Larry Jackson ("Jackson") in support of his ex parte application for order to receive dental extractions and implants at the government's expense filed on November 27, 2019.  Dkt. 1881 ("Ex Parte Application").

On August 20, 2021, counsel for Jackson sent a Touhy request and trial subpoena to the government requesting permission "to interview Dr. Andrew Shon, a dentist employed at Metropolitan Detention Center, Los Angeles" in regard to defendant's ex parte application. Dkt. 2166, Exh. A ("subpoena"); see also Touhy v. Ragen, 340 U.S. 462 (1951).  The subpoena further requested "permission for Dr. Shon to provide a declaration and/or to testify as a defense witness at any hearing on the dental emergency."  Id.  The request was in relation to the treatment plan formulated by Dr. Shon after he evaluated Jackson and recommended an extraction of Jackson's teeth "with a removable partial denture."  Dkt. 2155 ("Response to Supp. Mat.") at 7.

On September 1, 2021, the government moved to quash defendant's subpoena.  Dkt. 2166 ("Mot. to Quash").  On September 14, 2021, defendant filed an opposition to the government's motion.  Dkt. 2170 ("Opp. Mot. to Quash").  On September 22, 2021, the government filed a reply in support of its motion to quash.  Dkt. 2176 ("Reply Mot. to Quash").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**  'O'

On October 4, 2021, this Court held a hearing. At the hearing, the parties addressed defendant's ex parte application and the government's motion to quash.[1] Counsel for Jackson clarified that defendant was not seeking the testimony of Dr. Shon, but sought to interview him regarding the credibility and reliability of his report. Counsel for defendant explained they were erroneously told to submit a subpoena with the Touhy request, but that defendant was not seeking to compel Dr. Shon's testimony at this time.

In light of the fact that defendant does not seek to compel testimony, it appears that the motion to quash should be GRANTED as moot.

IT IS SO ORDERED.

|  | 00 | : | 40 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

---

[1] Regarding Jackson's ex parte application, both counsel for Jackson and the government will submit supplemental briefings regarding the most appropriate dental treatment for defendant. Defendant will file his supplemental briefing under seal no later than October 18, 2021. The government will advise if further response is needed. Thereafter, the Court will set a mutually convenient date for an in-person hearing.